SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JARDINE GOUGIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>SUNNY SINGH, INC. D/B/A A1 LIQUOR; EDWARD J. MILLER, AS TRUSTEE OF THE MILLER REVOCABLE TRUST; and DOES 1 to 10,<br><br>  Defendants. | Case No.: 2:20-cv-10468-FMO (KSx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff JARDINE GOUGIS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.

DATED: February 17, 2021     **SO. CAL EQUAL ACCESS GROUP**

                              _/s/ Jason J. Kim_
                              JASON J. KIM
                              Attorney for Plaintiff